AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 28, 2022*

Nathan Ochsner, Clerk of Court

United States of America
v.

Daniel Molstad
YOB: 1995 USA

*Defendant(s)*

Case No. 1:22-MJ-166

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 1, 2021 to January 27, 2022__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(B) | Distribution or Receipt of Child Pornography |
| 18 U.S.C § 2252A(a)(5)(B) | Possessing or Accessing Child Pornography |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ian Kelly Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1.

Date: 01/28/2022

_____
*Judge's signature*

City and state: Brownsville, TX

U.S. Magistrate Judge Ignacio Torteya III
*Printed name and title*

Case 1:22-mj-00166 Document 1 Filed on 01/28/22 in TXSD Page 2 of 2

United States Courts
Southern District of Texas
**FILED**
*January 28, 2022*
Nathan Ochsner, Clerk of Court

**1:22-MJ-166**
Attachment "A"

On May 25, 2021, members of the Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) were contacted by the Texas Attorney General's Office (AGO) with an investigative referral generated by the National Center for Missing and Exploited Children (NCMEC). The referral (report # 86440086) was from Dropbox (cloud-based storage) involving a suspect uploading multiple files of child exploitation material to a Dropbox account.

The investigation led to Daniel Benjamin MOLSTAD being a suspect in the investigation.
On January 27, 2022, at approximately 10:00 a.m., Special Agents (SAs) with the RGV CEITF conducted a consensual interview with MOLSTAD at his workplace in Brownsville, Texas.
During the interview, MOLSTAD admitted to receiving, distributing, and possessing child pornography. MOLSTAD defined child pornography as anyone under the age of eighteen performing sexual acts. MOLSTAD stated he had been downloading child pornography for approximately two (2) years through online chat groups.

SAs asked MOLSTAD permission to search his cellular phone, which MOLSTAD granted and signed a consent to search form. During a preliminary search of his cellular phone, SAs determined from August 1, 2021, to January 22, 2022, MOLSTAD received and/or distributed more than two hundred (200) videos of child pornography. The videos depicted prepubescent children engaged in oral and/or anal sex. In addition, some of videos depicted infants from approximately three (3) to six (6) months of age engaged in sexual acts. Said videos meet the federal statutory definition of child pornography under Title U.S.C 2256 (8).

The videos were located on MOLSTAD's cellular phone in his Telegram application. Telegram is a cloud-based instant messaging service in which users can send text messages, photos and videos. In addition, the Telegram application is end-to-end encrypted.

*Complainant's signature*

Ian Kelly Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1.

Date: _____01/28/2022_____

*Judge's signature*

City and state: _____Brownsville, Texas_____

U.S. Magistrate Judge Ignacio Torteya III
*Printed name and title*